IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> PLAINTIFF, <br><br> V. <br><br> ROBERT HOYT PUTMAN AND ROLLIEGH HIX, <br><br> DEFENDANTS. | Civil Action No.: <br> 7:22-CV-00015-WLS |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW State Farm Mutual Automobile Insurance Company, plaintiff in the above-styled action, in pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), hereby dismisses the above-styled action without prejudice. Plaintiff is filing this dismissal without prejudice prior to the filing of either an answer or a dispositive motion by the defendants.

Respectfully submitted this 31st day of March, 2022.

Address of Counsel:
P.O. Box 3007
Valdosta, GA   31604
229-242-2520
229-242-5040 (fax)
Email: jaysmith@youngthagard.com

BY: /s/ J. Holder Smith, Jr.
J. Holder Smith, Jr.
State Bar No. 661105
Attorney for Plaintiff

SO ORDERED this 1st day of April, 2022.

W. Louis Sands, Sr. Judge
United States District Court