IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No.   7:22-cv-15(WLS) |
| v. | * |
| ROBERT HOYT PUTMAN, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 1, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of April, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk